UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION (KNOXVILLE)

| | |
|---|---|
| CIC Services, LLC,<br><br>                                          *Plaintiff*,<br>   v.<br><br>INTERNAL REVENUE SERVICE;<br>MELANIE KRAUSE, in her official capacity as Acting Commissioner of the Internal Revenue Service; U.S. DEPARTMENT OF TREASURY; and UNITED STATES OF AMERICA,<br>                                          *Defendants*. | Case No. 3:25-cv-146-TRM-JEM |

## NOTICE OF SERVICE

I certify that on April 21, 2025, I caused copies of the Summons and the Complaint to be served on the United States Attorney for the Eastern District of Tennessee on behalf of Defendant United States of America. *See* Fed. R. Civ. P. 4(i)(1)(A). Service was made by Certified Mail. Proof of delivery is attached as Exhibit A.

Dated: April 21, 2025

Adam R. Webber*
WEBBER LAW GROUP, LLC
4244 Indian Ripple Rd., Ste. 150
Beavercreek, OH 45440
(937) 470-9668

Kenneth A. Lazarus*
LAZARUS & ASSOCIATES
5125 MacArthur Blvd., NW, Ste. 32A
Washington, DC 20016
(202) 295-2330

Respectfully submitted,

  /s/ *Cameron T. Norris*
Cameron T. Norris (TN Bar No. 33467)
Matt Pociask*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
matt@consovoymccarthy.com

**admitted pro hac vice*

# EXHIBIT A

United States of America
c/o Francis M. Hamilton III
800 Market Street, Suite 211
Knoxville, Tennessee 37902



# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70200090000187247201

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:36 am on April 21, 2025 in KNOXVILLE, TN 37902.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

KNOXVILLE, TN 37902
April 21, 2025, 9:36 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                             ⌄

USPS Tracking Plus®                                              ⌄

Product Information                                              ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this document through the Court's CM/ECF system on April 21, 2025, which will automatically serve counsel for all parties.

                                              /s/ Cameron T. Norris
                                              Cameron T. Norris