IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION (KNOXVILLE)

| | |
|---|---|
| CIC SERVICES, LLC, ) | |
| ) | Case No. 3:25-cv-146-TRM-JEM |
| Plaintiff, ) | |
| ) | District Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF PRODUCTION OF CERTIFIED ADMINISTRATIVE RECORD**

Defendants give notice that the certified administrative record for use in the above-captioned case was produced to the plaintiff on June 30, 2025, consistent with the parties' jointly proposed schedule. *See* D.E. 19 ¶ 4(e). Attached to this notice are the record's certification and an index of its contents.

Dated: June 30, 2025

*/s/ Moira E. Goodwin*
MOIRA E. GOODWIN
ADAM S. DOMITZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-718-7056 (phone)
202-514-6866 (fax)
moira.e.goodwin@usdoj.gov
adam.s.domitz@usdoj.gov

*Counsel for Defendants*